UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) ) | |
| ) | DOCKET NO. 12-MJ-06154-LTS |
| VS. ) ) | |
| CATALIN BUZEA, ) Defendant. ) | |

**ASSENTED TO MOTION FOR CONTINUANCE**

NOW COMES the Defendant, Catalin Buzea, in the above-entitled matter and asks that this Court continue his case scheduled for October 23rd to one of the following dates: October 29th, 2012, November 12th or November 13th, 2012. Counsel is also available on November 2nd or November 3rd if the matter is scheduled in the afternoon.

As reasons therefore, the Defendant states that his attorney has a scheduling conflict and must appear in three other courts on that day. Specifically as to the 2:00 p.m. conflict, Counsel is scheduled to appear in the Newburyport District Court in the matter of Commonwealth v. Shawn McDermit. The Defendant in the McDermit matter is currently being evaluated at the Bridgewater State Hospital for criminal responsibility. The order of commitment expires on October 23, 2012, which is why the matter is scheduled for that day. Thus, it would be extremely difficult, if not impossible, for that matter to be rescheduled. This motion is assented to by Assistant United States Attorney Scott Garland.

Respectfully submitted,
FOR THE DEFENDANT,

/s/ Michelle L. Brennan
Michelle L. Brennan Esq.
LAW OFFICES OF BARRY P. WILSON
240 Commercial Street, Suite 5A
Boston, MA  02109
(617) 248-8979
(617) 523- 8700 (fax)
BBO# 6667058

**CERTIFICATE OF SERVICE**

I hereby certify that on October 19th, 2012  I electronically filed the foregoing Motion to Continue with the Clerk of Court using the CMF/ECF system which will send notification of such filing to the following: United States Attorney's Office, Boston, Massachusetts.

/s/ Michelle L. Brennan